UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LYNNE M. HYMAN,**

    Plaintiff,

v.                      CASE NO.:8:08-cv-1018-RAL-MAP

**VERIZON WIRELESS SERVICES, LLC; and, BUREAU OF COLLECTION RECOVERY, a Minnesota corporation,**

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Lynne Hyman, and the Defendant, Bureau of Collection Recovery ("BCR"), by and through the undersigned, and hereby stipulate that pursuant to a settlement between Plaintiff and BCR, Plaintiff's claims against BCR have been amicably settled, and should be dismissed, with prejudice.

IT IS FURTHER stipulated that the parties shall bear their respective costs and attorneys' fees.

Dated:  September 23, 2008

 /s/ Ernest H. Kohlmyer, III
ERNEST H. KOHMYER, III, ESQ.
Florida Bar No.: 0110108
e-mail: skohlmyer@bellroperlaw.com
BELL, ROPER &
KOHLMYER, P.A.
2707 E. Jefferson Street
Orlando, Florida 32803
Phone: (407) 897-5150
Facsimile: (407) 897-3332
Counsel for Defendant

 /s/ Anthony A. Hayden
ANTHONY A. HAYDEN, ESQ.
Florida Bar No.: 0512052
e-mail: ahayden@saxongilmore.com
SAXON, GILMORE, CARRAWAY,
GIBBONS, WILCOX & LASH, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, Florida 33602
Phone: (813) 314-4500
Facsimile: (813) 314-4555
Counsel for Plaintiff