UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNNE M. HYMAN,

    Plaintiff,

v.                                     CASE NO.:8:08-cv-1018-RAL-MAP

VERIZON WIRELESS SERVICES,
LLC; and, BUREAU OF COLLECTION
RECOVERY, a Minnesota corporation,

    Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT BETWEEN PLAINTIFF
AND DEFENDANT, VERIZON WIRELESS SERVICES, LLC**

Plaintiff, Lynne M. Hyman ("Hyman"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement Between Plaintiff and Defendant, Verizon Wireless Services, LLC ("Verizon"), and states that White, and Verizon have reached a settlement with regards to this case and are presently working on the final settlement and dismissal documents. Upon execution of the same, the Plaintiff will file a joint stipulation for dismissal of this matter.

Dated: This 29th day of October, 2008.

                                             Respectfully Submitted,

                                             SAXON, GILMORE, CARRAWAY,
                                             GIBBONS, WILCOX & LASH, P.A.
                                             201 E. Kennedy Blvd., Suite 600
                                             Tampa, Florida 33602
                                             Phone: (813) 314-4500
                                             Facsimile: (813) 314-4555
                                             Counsel for Plaintiff

                                             /s/ Thomas A. Lash
                                             THOMAS A. LASH, ESQ.
                                             Florida Bar No. 849944
                                             e-mail: tlash@saxongilmore.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 29, 2008, I presented the *Notice of Pending Settlement Between Plaintiff and Defendant, Verizon Wireless Services, LLC* to the Clerk of the United States District Court, Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system which automatically sends a copy of this document to all attorneys registered therein. Additionally, a copy of this *Notice of Pending Settlement Between Plaintiff and Defendant, Verizon Wireless Services, LLC* has been mailed via regular U.S. Mail and by electronic mail to: Michelle L. Stocker, Esq., Greenberg Traurig, 401 E. Las Olas Boulevard, Suite 2000, Fort Lauderdale, Florida 33301, stockerm@gtlaw.com.

                /s/ Thomas A. Lash
                ATTORNEY

e:\sgadc\hyman, lynne\bcr - 1018\pldg\drafts\notice of pending settlement.doc
10/29/08