**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LYNNE M. HYMAN,

    Plaintiff(s),

v.                      CASE NO:  8:08-cv-1018-T-26MAP

VERIZON WIRELESS SERVICES,
LLC, et al.,

    Defendant(s).
_____/

**O R D E R**

    The Court has been advised by **Counsel for Plaintiff** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

    **DONE AND ORDERED** at Tampa, Florida, on October 29, 2008.

                                                  s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record